IN THE SUPREME COURT OF TEXAS

 No. 08-0192

 IN RE NEXT FINANCIAL GROUP, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed March
12, 2008, is granted. All trial court proceedings, in Cause No. 2007-
64475, styled Michael S. Clements v. Next Financial Group, Inc., in the
152nd District Court of Harris County, Texas, are stayed pending further
order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 28, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk